# EXHIBIT 1

```
 1                UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF MICHIGAN
 2                     SOUTHERN DIVISION

 3   JORDAN SWEEZER and MARIE
     SWEEZER,
 4
              Plaintiffs,           Case No. 1:23-cv-00073
 5
     -v-                            HON. PAUL J. MALONEY
 6
     TAKEDA PHARMACEUTICALS AMERICA,
 7   INC.; BIOLIFE PLASMA SERVICES, LP;
     and BIOLIFE PLASMA, LLC,
 8
              Defendants.
 9   _____/

10
                 DEPOSITION OF JORDAN SWEEZER
11
          Taken by the Defendants on the 14th day of September
12
          2023, at the offices of Gruel Mills Nims & Pylman,
13
          PLLC, at 99 Monroe Avenue, N.W., Suite 800, Grand
14
          Rapids, Michigan, 49503, at 9:50 a.m.
15

16   APPEARANCES:

17   For the Plaintiffs:     MR. BENJAMIN W. MILLS (P66155)
                             GRUEL MILLS NIMS & PYLMAN, PLLC
18                           99 Monroe Avenue, N.W., Suite 800
                             Grand Rapids, MI  49503
19                           (616) 235-5550
                             bwmills@gmnp.com
20
     For the Defendants:     MS. JENNIFER SNYDER HEIS
21                           ULMER & BERNE, LLP
                             312 Walnut Street, Suite 1400
22                           Cincinnati, OH  45202
                             (513) 698-5000
23                           jheis@ulmer.com

24   Also Present:           Ms. Elizabeth Hafey (Via Zoom)
                             Ms. Marie Sweezer
25   Recorded/Transcribed by: Denise L. Jamba, CER 0786
                              Certified Electronic Recorder
```

Page 94

```
 1     side?
 2  A  Split.
 3  Q  Okay.  So let's go with your dad's other children first.
 4  A  Okay.
 5  Q  Who are they?
 6  A  Owen, Olivia, and Oliver.
 7  Q  And how old are they.
 8  A  Owen is 21, Olivia is approximately 17 or 18, Oliver is
 9     15 or 16.
10  Q  Okay.  And do you see them regularly or communicate with
11     them regularly?
12  A  Not really.
13  Q  Do any of them have any health conditions that you're
14     aware of?
15  A  No.  Very healthy.
16  Q  Okay.  And then I think that leaves just one --
17  A  Correct.
18  Q  -- sibling on your mom's side?
19  A  Correct, Anna.
20  Q  And what's her last name?
21  A  VanWieren.
22  Q  Can you spell that?
23  A  V-a-n-W-i-e-r-e-n.
24  Q  How old is Anna?
25  A  She would be 22.
```

Page 95

```
 1  Q  And does she have any health conditions that you're aware
 2     of?
 3  A  She has very high-functioning or very low-grade
 4     Asperger's.
 5  Q  Okay.  Anything else?
 6  A  Not to my knowledge.
 7  Q  Does she currently undergo any treatment for the
 8     Asperger's?
 9  A  I don't believe so.  Not to my knowledge.
10  Q  And what about your grandparents; are they still alive?
11  A  They are.
12  Q  What are their names?
13  A  Darwin Sweezer, that's my grandpa on my dad's side, --
14  Q  Um-hum.
15  A  -- and his wife, Elizabeth Sweezer.
16  Q  Okay.
17  A  On my mom's side, it's Tom Herron and Patty Herron.
18  Q  And do any of your -- are all of your grandparents still
19     in good health?
20  A  Yes.  My grandpa on my dad's side, his mind is starting
21     to go a little bit.
22  Q  Okay.  Does he have a diagnosis that you're aware of?
23  A  I don't think so.
24  Q  He hasn't been diagnosed with dementia or Alzheimer's or
25     anything like that?
```

Page 96

```
 1  A  I don't believe so.
 2  Q  Okay.  Do any of the other grandparents have any other
 3     health conditions?
 4  A  No.
 5  Q  Have any of your family members, parents, siblings,
 6     grandparents, had any sort of neurological condition?
 7  A  I don't believe so.
 8  Q  Other than one might characterize Asperger's as a
 9     neurological condition, but any other ones?
10  A  No.
11  Q  Okay.  Let's talk about BioLife.
12  A  Okay.
13  Q  How did you become interested in donating plasma?
14  A  I donated plasma with BioLife shortly after high
15     school --
16  Q  Okay.
17  A   -- and when I was either just married or not quite
18     married, and that would be extra money to buy my really
19     cute girlfriend food once in a while, so. . . .  She's
20     now my wife.
21         MS. MILLS:  Good.  I'm glad that --
22         MS. HEIS:  You made up for not knowing the year
23     of marriage with that.
24  BY MS. HEIS:
25  Q  Okay.  And -- and other than understanding -- I guess --
```

Page 97

```
 1     I guess -- let me strike that for a second.  My -- my
 2     question is how did you become aware of BioLife as a
 3     place to get some extra money?
 4  A  I don't remember.
 5  Q  Okay.
 6  A  I'm sorry.
 7  Q  Do you know whether it was an advertisement or whether
 8     you knew someone who went there?
 9  A  I don't remember.  I have a feeling, but I don't have a
10     solid memory.
11  Q  Okay.  Prior to going to BioLife, did you do any research
12     about plasma donation?
13  A  Only the research that they had posted on the walls.
14  Q  At BioLife?
15  A  At BioLife.
16  Q  So you didn't look online or talk to anybody before you
17     went there?
18  A  I'm sure I spoke to people about it, but I don't remember
19     my conversations.
20  Q  Okay.  All right.  In looking at the records from
21     BioLife, it looks like May 24th, 2021, the date of the
22     incident, was the third visit in about eight days.
23  A  Okay.
24  Q  Does that sound right to you?
25  A  I tried to do it, what the max allowed was for BioLife,
```

Page 98

1 yeah.
2 Q Okay. But prior to that eight-day period in 2021, you
3   hadn't been to BioLife since October of 2018; --
4 A Okay.
5 Q -- is that right?
6 A If that's what the records say.
7 Q Is there a reason that you stopped going in 2018?
8 A Probably I didn't need the money.
9 Q Okay. And is that what would typically motivate you to
10  go, was when finances were tight?
11 A Yeah.
12 Q And then you decided to go back to BioLife after that
13  break because you needed money; is that fair?
14 A Yes.
15 Q Okay. How far was -- and again I'm not from here,
16  remember. How far was the Walker BioLife from your home
17  in Wyoming?
18 A Fifteen minutes --
19 Q About a 15-minute drive?
20 A -- give or take five minutes with traffic.
21 Q Okay. And on May 24th, 2021, did you drive there from
22  home?
23 A I drove there from work, I think.
24 Q Okay. Do you recall what time of day you went?
25 A It was in the evening.

Page 99

1 Q Okay.
2 A I was one of the last patients, I believe, that day.
3   Most of the lights were turned off in the building.
4 Q Okay. How much of your visit to BioLife do you remember
5   on that day? How much of that day's visit do you
6   remember?
7 A A fair amount.
8 Q Okay. When you arrived, do you recall getting checked in
9   and having your weight and your hematocrit and total
10  protein and blood pressure and temperature checked?
11 A I know that I passed them because otherwise I wouldn't
12  have made it to the bed. I don't remember who did the
13  finger prick to me or the weight.
14 Q Okay. But you do recall that you -- you did that step,
15  fair?
16 A Yes.
17 Q Okay. And --
18 A You have to go to the computer screen and answer all the
19  questions and then they bring you up to the pavilion
20  thing or the counter.
21 Q Okay. For the -- for that initial screen -- those
22  initial screening tests, right?
23 A Correct, what you just referenced.
24 Q Okay. And can you estimate about how many times you had
25  donated plasma before?

Page 100

1 A No.
2 Q I mean it's -- it was a lot, fair?
3 A Well, as you said, it wasn't a lot recently.
4 Q Um-hum.
5 A But I think I donated for over a year before, so. . . .
6 Q Yeah, so would you say that you had donated plasma more
7   than 100 times total in the past?
8 A I don't know. I'm sure we could figure that number
9   out --
10 Q Um-hum.
11 A -- if it's important, you know, with the records.
12 Q Okay. But all I'm trying to establish here is you had
13  done it enough that you were pretty familiar with the
14  process, right?
15 A I was familiar with the process.
16 Q Okay. And were you comfortable with the process?
17 A Comfortable as in?
18 Q Like did you get nervous at all before donating plasma or
19  before you were stuck with the needle or anything like
20  that?
21 A No.
22 Q Okay. So you had done it enough times that you didn't
23  feel nervous or anxious about what was about to happen?
24 A Right. I mean there's like a moment before you get a
25  needle in your arm that you get nervous for every

Page 101

1   time, --
2 Q Um-hum.
3 A -- but I mean I was used to the nervousness would be the
4   best way to say it.
5 Q Okay.
6 A I actually have a joke.
7 Q Okay. Let's hear it.
8 A What did the phlebotomist say to the -- or what did the
9   patient say to the phlebotomist?
10 Q I don't know.
11 A Don't poke me in vane.
12      MR. MILLS: That's great.
13      THE WITNESS: I'd like to trademark that one.
14      MS. HEIS: Well, now it's on the record, so you
15  could trademark away.
16 BY MS. HEIS:
17 Q So again we're talking about May 24th. Do you recall who
18  did the venipuncture and hooked you up to -- I'm not
19  talking about the finger poke now, I'm talking about the
20  venipuncture. Do you recall who did your venipuncture
21  and hooked you up to the plasmapheresis machine?
22 A I remember that I did remember. Now it's a little foggy
23  on who hooked me up.
24 Q Okay.
25 A And I remember that we -- I spoke with Ben and gave him

Page 102

1 the full story and you wrote it down.
2 Q Okay. Let's -- is that -- do you recall anything about
3 that person? Understanding you may not remember names,
4 but do you remember anything about that person? Was it a
5 man or a woman, their hair color, how old they were,
6 anything like that?
7 A So for hooking me up?
8 Q Yes.
9 A I -- I vaguely remember --
10 Q Um-hum.
11 A -- that it was -- yeah, I don't want to guess, --
12 Q Okay.
13 A -- right? And I remember more of what happened right at
14 the moment of the event, right?
15 Q Uh-huh.
16 A But hooking up, I vaguely remember that it was someone
17 with a deep voice with long hair and -- and long nails
18 that was at least in the area around me.
19 Q Okay. And was that person male or female?
20 A I don't know how they identify.
21 Q Okay. I know you said you told Ben some things about
22 this, and I don't want to know about your conversations
23 with Ben except that if it was written down here in the
24 interrogatory responses, let's look at that.
25 A Okay.

Page 103

1 Q Let's look back at Exhibit 1.
2 A I got these all turned around.
3 Q It's page -- yeah, sorry. It's Page 2.
4 A Okay. Do you want me to read it or --
5 Q You can just read it to yourself and then I'll ask some
6 questions.
7 A No. 4?
8 Q Yes.
9 A Okay. Yes.
10 Q Okay. So I just re-read while you did and I don't see
11 anything in there about the person who hooked you up, but
12 is there anything in there that refreshes your
13 recollection about who hooked you up?
14 A No. Yeah, the -- the hookup part is a little foggy.
15 Q Okay. And so I think you said this person that you
16 remember having a deep voice and long hair and long
17 nails, you said she was in the area or he or she was in
18 the area. Do you --
19 A She was -- he or she - if you know, then tell me so I can
20 say it without being offensive, but, yeah, said -- you
21 know, kind of freaked out when they saw the blood on the
22 ground. But as far as being hooked up, I don't -- I
23 don't have a solid memory of who it was that hooked me up
24 anymore.
25 Q Okay.

Page 104

1 A It's a vague memory.
2 Q Okay. Do you recall anything that was unusual about the
3 process of getting the plasmapheresis started?
4 A Like the hookup stage?
5 Q Yeah.
6 A I don't recall anything that was unusual.
7 Q Okay. How did you first become aware of a problem?
8 A I felt like it was taking a while and I looked down and
9 saw blood on the ground.
10 Q Okay.
11 A And that's how I first became aware.
12 Q When you were sitting in the chair, were you -- did you
13 bring a book or did you bring anything to do to occupy
14 yourself during that time?
15 A Usually I just played a game on my phone or read on my
16 phone.
17 Q Okay. And do you recall whether you were doing that that
18 night?
19 A I do not recall.
20 Q Okay. And you said you felt like it was taking a while.
21 Do you know how long you had been hooked up?
22 A I do not.
23 Q Any estimate?
24 A No.
25 Q Okay.

Page 105

1 A Once I saw the blood, that's what my memory really keeps
2 and focuses on and that forward, so. . . .
3 Q Okay. So at the time that you saw the blood, how were
4 you feeling?
5 A I -- I got very queasy, --
6 Q Okay. And --
7 A -- very nauseous.
8 Q Okay. So you started feeling queasy and nauseous
9 before --
10 A I guess dizzy would be a good word to say, as well.
11 Q Okay, so queasy, nauseous, and dizzy. Was that before
12 you saw the blood or precipitated by seeing the blood?
13 A I distinctly remember it precipitating when I saw the
14 blood.
15 Q Okay.
16 A Maybe a slight amount beforehand, but when I saw the
17 blood, it's like the body went into -- I don't know, it
18 kicked into gear, I guess.
19 Q Okay. And how much blood was it?
20 A I couldn't be certain, but it took up a fair amount of
21 space on the ground. Like I couldn't give you liters
22 or --
23 Q Sure.
24 A -- or ounces or whatever, --
25 Q Sure.

Page 106

1  A   -- but it was a fairly large puddle on the ground of -- I
2      gave an example like if you dropped a pitcher of water
3      and kind of the space it would take out, maybe a little
4      bit smaller than that but a pretty wide distance.
5  Q   Okay.  So I'm just going to see if I can try to clarify
6      that a little bit more in my own mind.
7  A   Okay.
8  Q   So, say, you draw a circle around this piece -- this 8 by
9      11 piece of paper, just a circle touching all four
10     corners.  Bigger than that?
11 A   Yes.
12 Q   Bigger than -- let's see, what else I can think of that
13     would be a physical thing that we all know the size of.
14     Let's see, my laptop.  Bigger than if you draw a circle
15     touching all four corners of my laptop?
16 A   Yes.
17 Q   Okay.  How much bigger?  Twice that size?
18 A   As I'm remembering and seeing my memory, it was either my
19     shoulder or the edge of the bed, so I know it comes
20     further than what I could see, but it went out maybe from
21     here to here further than where my vision stopped, but I
22     know that it went this way, as well, past what I could
23     see.
24 Q   Okay.  So I would say I would describe that distance as
25     maybe 2 feet; would you agree?

Page 107

1  A   In -- in vision?
2  Q   Um-hum.
3  A   I'd say it's longer than 2 feet.
4  Q   Okay.  Longer than 3 feet?
5  A   I would say it's not longer than 3 feet.
6  Q   Okay.  And was it about the same width as length?
7  A   I don't remember.
8  Q   Okay.  Aside from the blood on the ground, did you notice
9      anything else at that time?
10 A   Yes.  I remember that there was bubbles going up the tube
11     into my arm, and usually there would be a ding if there
12     was ever an air bubble in the machine and they have to
13     come check it and do -- like press a button to get the
14     air bubble out basically or restart it, and they just
15     kept going up into my arm.
16 Q   Okay.  And so there wasn't any ding on this occasion?
17 A   I don't remember hearing a ding.
18 Q   Okay.  So then what did you -- you noticed the blood on
19     the ground, you noticed the bubbles in the tubing, and
20     were the bubbles in the tube that was replacing fluids to
21     your body or the tube that was drawing fluids out?
22 A   No, the -- the line was red for drawing fluids out, --
23 Q   Okay.
24 A   -- deep red.
25 Q   And that's where the bubbles were?

Page 108

1  A   That's where the bubbles were.
2  Q   Okay.  So after noticing those things, had that ever
3      happened to you before while donating plasma?
4  A   I've never seen my blood drip on the ground before.  I
5      think I might have seen an air bubble or two --
6  Q   Okay.
7  A   -- but never more than one.
8  Q   Okay.  And when you -- just for the record, when you are
9      sitting in the chair and it's just a regular donation,
10     you can see your blood moving through the tubes, right?
11 A   Yes.
12 Q   And -- and seeing your blood just move through the tubes
13     and through the machine, has that ever caused you any
14     nausea or dizziness or any sort of reaction on your part?
15 A   Never.
16 Q   So after you noticed the blood on the floor and the
17     bubbles in the tube, what did you do next or what
18     happened next?
19 A   I called out for help.
20 Q   Okay.  And do you recall who helped?
21 A   The person you were describing before walked up and said
22     something along the lines of, and excuse my language,
23     "Oh, hell no," and then ran away.
24 Q   Okay.  And you -- I think you said before, she seemed
25     alarmed?

Page 109

1  A   Yeah.
2  Q   I think your word was freaked out?
3  A   Yes, --
4  Q   Okay.
5  A   -- clearly, and her voice definitely made that clear, as
6      well, in word choice.
7  Q   Okay.  And then what happened?
8  A   That person went away and eventually one or two other
9      people came back with and one of them unhooked me just
10     like they normally would with the -- you know, the gauze
11     thing and the wrap -- wrapping arm thing and the other
12     person said, hey, you know, we have to let you know that
13     we can offer you some saline, it might help you, but you
14     don't have to take it, we can't make you take it, it
15     would take a while -- you know, longer to be here for
16     that, but I just have to make it available to you, and
17     otherwise, you know, you don't have to take it, we can't
18     make you take it.  And I said, okay, then I won't take
19     it.
20 Q   Okay.
21 A   I'm paraphrasing, but that's what happened.
22 Q   Okay.  The person who offered the saline is different
23     from the person who was doing the disconnect, correct?
24 A   Yes.
25 Q   And you said one or two other people came back with the

Page 110

1 first person that noticed the blood on the floor or -- so
2 were there three people there at that point or --
3 A So I think someone came in and out. I don't remember the
4 person that came in and out. It may have been that first
5 person. I couldn't speak for certain. But it was both a
6 nurse and I believe the assistant manager who came out.
7 And those are the people I distinctly remember speaking
8 to me.
9 Q Okay. And do you have a memory of who did -- who
10 disconnected you?
11 A I don't remember which one was which.
12 Q Okay.
13 A I could probably recognize their face if I saw them.
14 Q Okay. But you think it was either the nurse or the
15 assistant manager who disconnected you?
16 A I believe so.
17 Q Okay. And then it was the other one of them that
18 offered -- that talked to you about the saline; is that
19 right?
20 A Yeah. In my memory, I more clearly remember the people
21 speaking to me.
22 Q Okay. And -- okay, so how sure are you about who
23 disconnected you?
24 A I would say I'm in the middle on it --
25 Q Okay.

Page 111

1 A -- on which person it was.
2 Q Okay.
3 A I would -- I would -- if I remember right, it was the
4 nurse, but. . . .
5 Q Okay. But you feel pretty confident about how this
6 conversation went when they offered you the saline?
7 A Oh, absolutely.
8 Q Okay. And who -- whoever it was who offered it said it
9 might help you, right?
10 A Yep.
11 Q Okay. And did you understand what it might help you
12 with?
13 A No. I took it as how she expressed it, and how she
14 expressed it was, I don't want to do this, you don't need
15 to do this, I'm going to make sure I don't want you to do
16 this, and that was what her body language said, and that
17 was the tone with her words and what she said. She said
18 it may help you, we have to offer it to you, but you
19 don't have to do it, you don't need to do it, and we
20 can't make you do it.
21 Q Okay. How were you feeling at that point?
22 A I was feeling dizzy and I was in pain.
23 Q In pain?
24 A Yeah, like nausea, dizziness.
25 Q Okay. What kind of pain did you have?

Page 112

1 A Like nausea and dizziness and --
2 Q Okay. But not like a specific pain somewhere on your
3 body?
4 A Oh, yeah, not like a -- like a pressing pain somewhere.
5 Q Okay. And no headache?
6 A Yeah, I mean my head was hurting.
7 Q Okay.
8 A So I -- I don't know how to describe it more than that.
9 Dizzy, nausea, --
10 Q Okay.
11 A -- that's pain in my head.
12 Q Okay. And this was all while you were still in the
13 plasmapheresis chair?
14 A Still laying -- still laying on the bed, yes.
15 Q Okay. And did you describe how you were feeling to any
16 of these people who assisted you?
17 A I described it out loud, yes.
18 Q Okay. And what was their reaction to that?
19 A They said that they were going to get me up and move me
20 to across from where they do the nurse examinations,
21 which is on the other side of the building, so they stood
22 me up and they told me to walk to the other side of the
23 building and they walked with me, and I'd say it's --
24 well, you can map it out, but it's quite a distance, and
25 I got more dizzy, I got more nauseous. I was on the

Page 113

1 phone with my wife during this time, but I wasn't talking
2 to her, and I told her that, "I think I'm going to pass
3 out," and that was after I was already sitting down and
4 they had walked away and said they'd check on me in
5 however many minutes.
6 Q Okay. Let me parse that out a little bit.
7 A Okay.
8 Q When you said they walked with you to the other side of
9 the building, that was to the waiting area, right?
10 A Yeah. Yeah.
11 Q Okay. And that -- you -- you had sat in that waiting
12 area before, right?
13 A Usually you didn't sit. Usually you just stood in a
14 really long line to -- to get through.
15 Q Okay.
16 A But, yes, I've been in that room area, so to speak, many
17 times.
18 Q Okay. Because on a regular donation, you always have to
19 wait a period of time before you can leave, right?
20 A No.
21 Q You don't?
22 A No.
23 Q Okay. So on this occasion, you had to go to that waiting
24 area because there had been a loss of -- there was --
25 your red blood cells and fluids weren't returned,

Page 118

1  A   I don't know how long, but I do remember what I was told.
2      I was told that -- by the first person who came up, that
3      she saw me go like -- like lean forward like I was
4      passing out and then she said it wasn't a seizure, but it
5      was like a seizure where my back snapped back.  She said
6      I hit my head on the counter behind me and that her and
7      another person, you know, there were right there when I
8      came through and they were fanning me.  And I either woke
9      up with a trash bin between my legs or I said, "I think
10     I'm going to throw up," and they quickly put one between
11     my legs.
12 Q   Okay.  So this first person that you talked to who told
13     you she saw you slump forward and then snap back, was
14     that one of the people you had interacted with while you
15     were in the donor chair?
16 A   I'm not confident.
17 Q   Okay.  Do you recall anything about that person?
18 A   Yeah.  I want to -- maybe just slightly heavier set,
19     not -- not super big or anything, and a lady and she was
20     shorter.
21 Q   Okay.  Do you recall her hair -- hair color or anything?
22 A   I don't.  You got to remember what my head was going
23     through at that time.
24 Q   No, I understand.  And you said someone else came up
25     relatively quickly.  Do you recall anything about that

Page 119

1      person?
2  A   No, I'm not sure.  They were both to the sides of me --
3  Q   Uh-huh.
4  A   -- and they were speaking to each other, and I don't --
5      like I -- I woke up just like the whole world was
6      spinning and spinning and spinning and it was so painful.
7      And, yeah, I don't even remember the words they were
8      saying to each other, just that they were talking and
9      that it's going to be okay and that they're here and
10     stuff.
11 Q   Okay.  So they were reassuring you?
12 A   Yeah.  They were very kind.
13 Q   Okay.  And I think you said you vomited, correct?
14 A   I did.
15 Q   And then what happened next?
16 A   I believe they got me a cloth or some paper towel or
17     something to wipe my face.
18 Q   Okay.
19 A   It seems like pretty quickly around that time, my wife
20     showed up, which would have been quite a while for her to
21     get there, so there must have been quite a bit of time
22     that passed.  And I think it was after that they moved me
23     into the other room.
24 Q   Okay.  So when you -- I think I asked you how long you
25     were passed out and you said you don't know; is that

Page 120

1      right?
2  A   Correct.
3  Q   And did anyone tell you how long?
4  A   No, not to my memory.
5  Q   Okay.  And when you woke up, you were still in the chair?
6  A   Correct.
7  Q   And you said your head was hurting, but your head was
8      also hurting before you sat down in that chair, correct?
9  A   Yeah.  It was extremely, extremely worse after I woke up.
10     There was nausea and dizziness before, but when I woke
11     up, it was like everything was screaming at me in pain
12     and the whole room was spinning whether my eyes were open
13     or shut.
14 Q   Okay.  And when you vomited, you were still in that
15     waiting area; is that right?
16 A   Correct.
17 Q   Do you recall what happened after that?
18 A   I was moved into a room where they had another bed --
19 Q   Uh-huh.
20 A   -- and they hooked me up to something and started asking
21     my wife and I a bunch of questions.
22 Q   Okay.  And were you in that room before your wife
23     arrived?
24 A   I'm pretty sure she was there before I got in that room,
25     but it might have been right after.

Page 121

1  Q   Okay.  And --
2  A   She'll know better.
3  Q   Okay.  You said they -- they started asking you a bunch
4      of questions.  What sort of questions?
5  A   She would remember better than me.
6  Q   Okay.
7  A   Everything was spinning.
8  Q   Do you recall getting saline in that room?
9  A   They gave me something through an IV.
10 Q   Okay.  Did that IV help you feel better?
11 A   No.
12 Q   Did you feel better at all that evening?
13 A   No.
14 Q   Okay.
15 A   I was pushed out in a wheelchair from the building.
16 Q   Okay.
17 A   I had to have help transferring just from the wheelchair
18     to the car.
19 Q   Who helped you?
20 A   I believe it was my wife.
21 Q   Okay.  Do you recall anything else about that evening?
22 A   I think my wife drove up in the car, so it must have
23     been -- I couldn't tell you for sure.  It might -- it may
24     not have been my wife.  It might have been the nurse or
25     the assistant manager.  What was your next question?

Page 122

1 Sorry.
2 Q That's okay. I don't recall what my question was. So
3 you think your wife drove up near the door and somebody
4 else helped you into the car?
5 A They -- yeah, they brought me out in a wheelchair out the
6 side door, not the normal door --
7 Q Okay.
8 A -- that you go in and out of, the one that was connected
9 to the waiting room.
10 Q Okay. The waiting room, not the nurse's room, correct?
11 A Correct.
12 Q Okay. And you said there were a bunch of questions, but
13 do you recall any of the conversation that happened from
14 the time that you went into the nurse's room until the
15 time that you left?
16 A I -- I know that I used to but not anymore.
17 Q Okay.
18 A I just know that it was a lot and that mostly my wife was
19 taking care of things.
20 Q Okay. And you were still feeling terrible at this point?
21 A Awfully. Awfully.
22 Q At any point that evening, even after you got home, did
23 you feel better?
24 A No. I couldn't -- I couldn't do anything. The room
25 never stopped spinning. I was in so much pain. I barely

Page 123

1 slept. My wife had to help me change my clothes or just
2 get them off so I could be in bed. And, yeah, it was
3 awful.
4 Q And did you tell anyone at BioLife how you were feeling
5 as you were leaving?
6 A Yeah. I mean they all knew how I was feeling. They were
7 watching it and saw how immobilized I was. They watched
8 me throw up, you know, --
9 Q Right.
10 A -- so. . . .
11 Q Do you recall when you were in the nurse's room having
12 your blood pressure checked and your vital signs checked?
13 A I don't remember. They may have or may not have.
14 Q Okay. Other than the first person who came saying they
15 saw you slump forward and then snap back and hit your
16 head, was there any other conversation while you were at
17 BioLife that you can recall about hitting your head?
18 A Not for me, no.
19 Q Okay.
20 A She was the only one who saw me, she said anyway, that
21 she was first coming up, so. . . .
22 Q Okay. Do you recall telling anyone at BioLife that you
23 hit your head?
24 A Telling -- no. I was told that I hit my head.
25 Q There was a note in the medical records that first

Page 124

1 someone at BioLife told you you hit your head and then
2 they told you you didn't. Do you recall that?
3 A I do not remember that at all.
4 Q Okay. And what part of your head do you believe you hit?
5 A This part.
6 Q Okay. For the record, you're pointing sort of to the
7 upper back part of your head?
8 A Yeah, back part of my head.
9 Q Okay. Did you have any bruising or a bump or a goose egg
10 there?
11 A No.
12 Q Okay.
13 MS. HEIS: This is a good place to take a
14 break. Why don't we take another quick break and --
15 THE WITNESS: Okay.
16 MS. HEIS: -- come back and talk about
17 treatment.
18 (At 12:44 p.m., off the record)
19 (At 12:52 p.m., back on the record)
20 BY MS. HEIS:
21 Q Jordan, you -- the incident happened on May 24th,
22 correct?
23 A Yes.
24 Q Okay. Was there anything about that day leading up to it
25 that was unusual?

Page 125

1 A Leading up to going into BioLife?
2 Q Yes.
3 A No.
4 Q Did you have lunch that day?
5 A Probably.
6 Q Did you have dinner that day before you went?
7 A Probably.
8 Q Okay. Was there anything unusual about how you were
9 feeling that day before you went to BioLife?
10 A There was not.
11 Q Okay.
12 A But that's why they do that check, to make sure that our
13 levels are good enough to -- to donate.
14 Q Right. Had you had enough to drink that day, water, --
15 A Probably.
16 Q -- coffee, whatever?
17 A Probably.
18 Q Okay. So then tell me about the next day after you went
19 home from BioLife.
20 A Yeah, the next day I was in bed I think the entire day --
21 Q Okay.
22 A -- in excruciating pain. Moving even just to turn my
23 head was like shooting -- like shooting rockets in my
24 head, and I could not do anything. I think I remember
25 that my wife like literally helped bathe me, so. . . .

Page 126

1  Q   Okay.  And when you say it was like shooting rockets in
2      your head, was -- was it a particular area of your head
3      that was hurting?
4  A   Like from my head all the way down my neck and my
5      shoulders into my upper back and it was like every move
6      like sent shockwaves through like the whole head to
7      shoulders area.
8  Q   Okay.  And you pointed just now for the record sort of to
9      the top of your head; is that right?
10 A   All of my head, like all of it encompassingly.
11 Q   Okay.
12 A   Top, sides, back, everything.
13 Q   Okay.  And you said when you moved, there was shooting
14     pain, right?
15 A   Yes.
16 Q   What about if you were just laying still?
17 A   Still.  The room was spinning, very dizzy, and my whole
18     head was in pain.  So was my neck and my shoulders.
19 Q   Okay.
20 A   I was unable to think clearly, as well.
21 Q   Were you -- any other symptoms that you can recall
22     experiencing that day?
23 A   Had just a lot -- a lot of pain.  I remember crying quite
24     a bit.  I couldn't really get the words out to talk with
25     my wife very well, so. . . .

Page 127

1  Q   Okay.  What about memory; were you able to remember
2      things on that day?
3  A   I don't think I was with it enough to be thinking about
4      remembering or memories.  I was just too focused on the
5      pain.
6  Q   Okay.  And I know maybe it was not comfortable, but could
7      you walk?
8  A   Only with help I would have, so no.
9  Q   Okay.  So -- and you're saying only with help.  Is that
10     because you were feeling so dizzy?
11 A   Dizzy, pain, yeah, room was spinning, so my wife would --
12     would like hold me.
13 Q   Okay.  Were you able to sleep that day?
14 A   Very minimally.
15 Q   Okay.  And then the next day, you went to the ER at
16     Butterworth Hospital, correct?
17 A   Correct.
18 Q   Okay.  What caused you to go there at that time?
19 A   Because I wasn't getting better.
20 Q   Okay.  So the next day, you were still feeling the same?
21 A   Yeah, really bad.
22 Q   Okay.  And do you recall what tests were done while you
23     were there?
24 A   They scanned me twice like in a machine.
25 Q   Um-hum.

Page 128

1  A   They had people come in and visit us doing different
2      tests with me like spelling words and closing my eyes and
3      holding my arms out and I think my legs, too.  I remember
4      those ones for sure.
5  Q   Okay.  And do you recall how long you were there that
6      day?
7  A   I think it was most of the day.
8  Q   Okay.
9          MS. HEIS:  Let's mark Exhibit 3.
10         (At 12:57 p.m., Exhibit No. 3 marked by court
11         reporter)
12 BY MS. HEIS:
13 Q   Okay.  So, Jordan, the court reporter handed you what's
14     been marked Exhibit 3.  It is a record, an excerpt of
15     medical records from Spectrum Health and this one
16     particularly relates to the May 26th, 2021 visit.
17 A   Okay.
18 Q   Do you see that at the top there where it references the
19     date?
20 A   I do.
21 Q   Okay.  Do you see there that it says the chief complaint
22     was syncope here in this sort of top box?
23 A   Okay.  Yep.  Yes, I see syncope.
24 Q   And I'm going to just read this section.
25 A   Okay.

Page 129

1  Q   "Patient states he was donating plasma Monday evening and
2      the machine malfunctioned causing him to 'lose a lot of
3      blood on the floor,'" and that's in quotes, lose a lot of
4      blood on the floor.  And then it says, "Patient states he
5      then passed out and hit his head on the floor, then woke
6      up vomiting.  States he has had a headache and fatigue
7      since."  You're shaking --
8  A   I did not hit my head on the floor.
9  Q   Okay.
10 A   I hit my head on the table.  That's what I was told.
11 Q   Thank you.  Okay.  And -- and your information about
12     hitting your head was solely from this one person at
13     BioLife who told you that; is that correct?
14 A   Correct.
15 Q   Had she --
16 A   There may have been more conversation.  My wife could
17     remember, but that's what I remember.
18 Q   Okay.  Had she not told you that, would you think that
19     you hit your head on the floor?
20 A   On the floor?
21 Q   Or think that you hit your head?  Sorry.
22         MR. MILLS:  I think that calls for speculation.
23     I'm just going to place an objection.
24         THE WITNESS:  Okay.
25         MS. HEIS:  You can still answer.

Page 130

1    MR. MILLS: You can still answer.
2    THE WITNESS: Do I need to answer or should I
3  answer?
4    MR. MILLS: Yeah, you need to answer --
5    THE WITNESS: Okay.
6    MR. MILLS: -- as best you can.
7    THE WITNESS: Oh, okay. Okay.
8    MR. MILLS: I don't know if it's an answerable
9  question. That's why I put --
10    THE WITNESS: This is the first time this has
11  happened, so I just --
12    MR. MILLS: Yeah. That's why I put the
13  objection on the record.
14    THE WITNESS: Okay. Sounds good.
15    MR. MILLS: So if you can answer, go ahead.
16    THE WITNESS: Can you repeat the question?
17    MS. HEIS: Yeah.
18  BY MS. HEIS:
19  Q  So if someone hadn't told you you hit your head, would
20    you have thought that you hit your head?
21  A  Possibly.
22  Q  Okay. I'm going to skip ahead a few pages in this now.
23    At the bottom there, there's some bates numbers. I'm
24    looking at the one that has 1044 on it.
25  A  Right here. Thank you very much.

Page 131

1    MS. HEIS: We can go off the record for just a
2  second.
3    (At 12:59 p.m., off the record)
4    (At 1:00 p.m., back on the record)
5  BY MS. HEIS:
6  Q  So go one more page, --
7  A  Okay.
8  Q  -- 1044 at the bottom. Do you see that bates number?
9  A  I see that, yes.
10  Q  Okay. So there in the middle of the page, it says
11    history of present illness. Do you see that section?
12  A  I do.
13  Q  And it's a little bit similar, but -- and again this is
14    patient describes. These sentences are patient
15    describes, patient describes.
16  A  Where does it say that?
17  Q  The first sentence, the second sentence. I'm going to
18    skip ahead to sort of the middle.
19    MR. MILLS: Which bates page are you on?
20    MS. HEIS: 1044. And we're at the history of
21  present illness section.
22    MR. MILLS: Yep.
23    THE WITNESS: "Patient is a 25-year-old
24  male. . . "?
25  BY MS. HEIS:

Page 132

1  Q  Um-hum. Then, "Patient describes. . . ."
2  A  There we go. Okay, second sentence now?
3  Q  Yes.
4  A  Okay.
5  Q  And then he explains, third sentence, and then I'm going
6    to, "Patient explains that he was told by a nurse. . . ."
7    Do you see that sort of in the middle of the paragraph?
8  A  Um-hum.
9  Q  "Patient explains that he was told by a nurse that he hit
10    his head, but he is unsure of what he may have hit it
11    on." Do you see that?
12  A  I do see that.
13  Q  Is that consistent with what you described at the ER that
14    day?
15  A  No, it's not.
16  Q  Okay.
17  A  I would say that I remember them specifically saying I
18    hit my head on the counter behind me --
19  Q  Okay.
20  A  -- or similar, but that's a difference.
21  Q  Okay. And then the next sentence, "Patient explains that
22    he immediately woke up and had two episodes of vomiting."
23    And then it says, "He was given Gatorade and 2 liters of
24    fluid by a nurse." Do you see that?
25  A  I do see that.

Page 133

1  Q  Okay. Does that refresh -- refresh your recollection at
2    all about whether you had a drink when you were in the
3    waiting area?
4  A  It does not because my wife would have probably been the
5    one giving that information to the nurse, not me.
6  Q  Okay. And then it describes several of your symptoms
7    that you were having that day, headache and neck pain
8    constant since the incident, increasing in severity over
9    time, feeling forgetful, difficulty concentrating,
10    fatigue.
11  A  Um-hum.
12  Q  Do you see those?
13  A  Yep.
14  Q  Were there any other symptoms besides those that you were
15    experiencing that day?
16  A  Definitely lots of forgetfulness. I was having trouble
17    stringing words together to make lucid sentences or
18    precise sentences. I was forgetting how I got where I
19    was and where I was. I would be in the middle of saying
20    something and then completely realize I have no idea like
21    what I was just talking about or why I was in the car. I
22    remember that happening with Marie when we were in the
23    car on the way to the ER. Yeah, can you repeat the
24    question? I want to make sure to answer it all the way.
25  Q  There were symptoms that were listed there in the history

Page 134

1  of present illness. Were those -- were there any other
2  symptoms that you were experiencing that day?
3  A  Forgetting, difficulty concentrating, counting, messing
4  up inventory, fatigue, numbness, tingling, weakness.
5  "Patient is not on a blood thinner." I think that covers
6  things.
7  Q  Okay. And you told me that on the night of the incident,
8  you didn't have any bruise or goose egg or anything on
9  the back of your head; is that right?
10 A  Not to my knowledge.
11 Q  Okay. And was that still the case at the time you went
12 to the hospital?
13 A  Yes.
14 Q  Okay. And that was -- scratch that. Okay, and then
15 while you were there at the hospital, they decided to do,
16 you said, two scans in the machine, right?
17 A  I believe so.
18 Q  Okay.
19 A  What page am I on?
20 Q  I'm on 1047 now at the bottom. And do you recall those
21 being two different things, a CT and an MRI?
22 A  I couldn't distinguish for sure.
23 Q  Okay. Fair enough.
24 A  I think that makes sense logically, but I -- yeah, --
25 Q  Okay.

Page 135

1  A  -- I couldn't tell you what one looks like versus the
2  other.
3  Q  Okay. So beginning at the very bottom of the page there
4  bates label 1047, it says imaging.
5  A  I see it.
6  Q  Okay. And then it has a reference there for CT angio
7  head and neck with IV contrast, and it says the final
8  result was, flipping to the next page, "No intracranial
9  large vessel occlusion or high-grade stenosis. No high-
10 grade stenosis of the cervical arterial vasculature."
11 A  Okay.
12 Q  Do you see that?
13 A  I do.
14 Q  Okay. And do you have an understanding either from
15 reading that or from being there at the hospital that day
16 what that meant?
17 A  My understanding is that they were checking for a stroke
18 and did not find a stroke.
19 Q  Okay.
20 A  Is that accurate with what this says?
21 Q  I believe so, yes. And then they also did a CT of your
22 head area, right? And that's the very next thing. And
23 do you recall -- and it has the result there, and I don't
24 know that we need to read it. Do you recall what the
25 result was of that additional testing?

Page 136

1  A  Of the CT head scan without IV contrast?
2  Q  Um-hum.
3  A  No, I don't have a distinguishing --
4  Q  Okay.
5  A  -- memory, just that what I remember is that they were
6  checking for strokes and like which is like a blood clot
7  in your head, they were saying.
8  Q  Okay. Do you recall whether they were looking for a
9  bleed inside your head?
10 A  I couldn't be for certain.
11 Q  Do you recall whether any of the testing that you had
12 done that day at the hospital demonstrated any sort of
13 abnormality of any kind?
14 A  Oh, yeah, absolutely. They had me try to spell words and
15 I was unable to do it. They told me I had the -- like
16 this issue with the right side of my body. They could
17 see the pain that I was in, so they were honestly working
18 really hard to try to figure out what they could do to
19 help. I was thankful for that.
20 Q  Okay. In terms of imaging that you had done and the
21 scans in the machines, do you recall any of that
22 reflected any abnormalities?
23 A  I don't know. Abnormality just being out of the usual,
24 out of what they would expect to see?
25 Q  Um-hum.

Page 137

1  A  I'm not sure. I only remember that they said there was
2  no stroke.
3  Q  Okay. And -- and you stayed, I think you said, at the
4  hospital that day for most of the day, right?
5  A  Pretty much the whole day. They did say -- they'd
6  advised me to stay overnight so they could keep an eye on
7  me, but I was in so much pain and I really wanted to get
8  home, so they said that they would allow that.
9  Q  Okay. And do you recall whether you had any diagnosis
10 when you left that day?
11 A  I remember I think that's when they told me to start
12 going and they were going to connect me with like
13 neurology and to do the physical and occupational therapy
14 and stuff like that. I'm fairly confident that was
15 starting there at the ER.
16 Q  Okay. And did they give you any medications that day?
17 A  I don't remember.
18 Q  Okay. Do you recall having a telemedicine visit shortly
19 after that hospital stay with Dr. Gavin?
20 A  Yeah, that seems vaguely familiar.
21 Q  Okay. And do you recall, as a result of that
22 telemedicine visit, there was a note there that it was by
23 Zoom, but then there were some technical difficulties, so
24 I think he called you on the phone --
25 A  Okay.

## CERTIFICATION

I certify that this transcript, consisting of 188 pages is a complete, true, and correct record of the testimony of Jordan Sweezer, taken in this case on September 14, 2023.

I also certify that prior to taking this deposition, Jordan Sweezer was duly sworn to tell the truth.

I also certify that I am not a relative of, employee of, or an attorney for a party; nor am I financially interested in the action.


Dated:   September 19, 2023

Denise L. Jamba, CER 0786
Notary Public
Kent County, Michigan
My Commission Expires:   October 13, 2025