UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JORDAN SWEEZER AND MARIE SWEEZER, | : Case No: 1:23-cv-00073 |
| | : |
| | : Judge: Paul L. Maloney |
| Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| TAKEDA PHARMACEUTICALS AMERICA, INC., et al., | : |
| | : |
| Defendants. | : |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiffs Jordan and Marie Sweezer and Defendant BioLife Plasma Services, L.P.,[1] by and through counsel, hereby stipulate and agree that this case, including all claims asserted herein, is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii).

Respectfully submitted this 11th day of December, 2024.

*/s/ Benjamin W. Mills*
Benjamin W. Mills (#P66155)
Gruel Mills Nyms & Pylman
99 Monroe Ave NW, Suite 800
Grand Rapids, MI 49503
bwmills@gmnp.com

*Attorney for Plaintiffs*

*/s/ Jennifer Snyder Heis*
Jennifer Snyder Heis
UB GREENSFELDER LLP
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202
(513) 698-5058
jheis@ubglaw.com

*Attorney for Defendant BioLife Plasma Services, L.P.*

---

[1] Defendants Takeda Pharmaceuticals America, Inc., and BioLife Plasma L.L.C., were dismissed from this case on February 8, 2023.

## ORDER OF DISMISSAL

Upon stipulation of the parties, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the stipulation for dismissal with prejudice is GRANTED; all claims asserted in this action against Defendant are dismissed with prejudice and without costs to any party.

THIS IS A FINAL ORDER AND CLOSES THIS CASE.

Dated: December  16, 2024            /s/ Paul L. Maloney
                                      Paul L. Maloney
                                      United States District Court for
                                      the Western District of Michigan